**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

3D SCAN GUIDE LLC,

       Plaintiff,

v.

CARESTREAM DENTAL, LLC,

       Defendant.

Case No. 6:21-cv-00479-ADA

## JOINT MOTION TO STAY ALL DEADLINES

      Plaintiff 3D Scan Guide LLC ("3D Scan" or "Plaintiff") and Defendant Carestream Dental, LLC ("Carestream" or "Defendant") (collectively, the "Parties") respectfully and jointly move the Court to stay all deadlines for sixty (60) days.

      The parties are engaging in settlement discussions and hope to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The parties have agreed to stay all deadlines between them during the pendency of this Motion. Accordingly, 3D Scan and Carestream respectfully request that the Court grant a 60-day stay of proceedings between them, including all deadlines, until January 8, 2021.

      The parties submit that good cause exists for granting this agreed motion, as set forth above, and that this motion is not filed for purposes of delay.

Dated:  November 8, 2021

Respectfully submitted,

*/s/ Daniel Schmid*
Andrew G. DiNovo
Texas State Bar No. 00790594
Nicole E. Glauser
Texas State Bar No. 240506694
nglauser@dinovoprice.com
Gregory S. Donahue
Texas State Bar No. 24012539
gdonahue@dinovoprice.com
Gabriel R. Gervey
Texas State Bar No. 24072112
ggervey@dinovoprice.com
Daniel Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
DiNovo Price LLP
7000 N. Mopac Expressway, Suite 350
Austin, TX 78613
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

***Attorneys for Plaintiff***
***3D Scan Guide LLC***

By: */s/ Erick S. Robinson*

Erick S. Robinson
Texas Bar No. 24039142
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6615
Mobile: (713) 498-6047
Fax: (713) 583-9737
erobinson@porterhedges.com

***Attorneys Carestream Dental, LLC***

2

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that on November 5, 2021, counsel for the parties conferred with each other and agreed to the form and substance of this Motion.

*/s/ Daniel Schmid*
Daniel Schmid

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 8, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Daniel Schmid*
Daniel Schmid